DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SHANE MCKENNEY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-2883

[June 9, 2022]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Richard Oftedal, Judge; L.T. Case No. 502008CF010497AXXXMB.

Shane McKenney, Blountstown, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., MAY and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***